*Adams, Camp & Youmans,* contra.

---

## WEBB *v.* CLEMENTS *et al.*

PER CURIAM. Under the pleadings and the evidence, the court did not err in refusing to grant an interlocutory injunction.
*Judgment affirmed. All the Justices concur.*
No. 3488. SEPTEMBER 8, 1923.

Petition for injunction. Before Judge Custer. Calhoun superior court. October 14, 1922.

*A. L. Miller,* for plaintiff.   *J. M. Cowart,* for defendants.